# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-1480
_____

KERI DAUB, f/k/a Keri Wims,

    Appellant,

v.

MEMORIAL HOSPITAL OF
JACKSONVILLE,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Virginia Norton, Judge.

December 12, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and WETHERELL, J., concur; WINSOR, J., dissents.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lynn W. Martin of the Law Offices of Lynn W. Martin, P.A., St. Augustine, for Appellant.

Jenifer S. Worley and William T. Stone, Jr., of Saalfield Shad, P.A., Jacksonville, for Appellee.